DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DR. CHRISTINA PAYLAN,

Appellant,

v.

LYANN GOUDIE, ESQUIRE, AN INDIVIDUAL, and GOUDIE & KOHN, P.A., A FLORIDA CORPORATION,

Appellees.

No. 2D22-676
_____

January 31, 2024

Appeal from the Circuit Court for Hillsborough County; Declan P. Mansfield, Judge.

Christina Paylan, pro se.

Elizabeth C. Tosh of Zinober, Diana & Monteverde, P.A., Tampa, for Appellees.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.